IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL FRANKLIN                                                                         PLAINTIFF

VS.                                      CASE NO. 09-CV-1041

LIFE INSURANCE COMPANY OF
NORTH AMERICA and LOCKHEED
MARTIN CORPORATION LONG
TERM DISABILITY PLAN                                                                  DEFENDANTS

## ORDER

Before the Court is a Stipulation of Dismissal filed by Plaintiff and Defendants. (Doc. 8). The parties have notified the Court that they have reached a settlement agreement in the above-referenced matter, and the parties agree that this matter should be dismissed. Accordingly, Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of March, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge